| | |
|---|---|
| 1 | Kirsten A. Milton |
| | Nevada State Bar No. 14401 |
| 2 | Daniel I. Aquino |
| | Nevada State Bar No. 12682 |
| 3 | **JACKSON LEWIS P.C.** |
| | 3800 Howard Hughes Parkway, Suite 600 |
| 4 | Las Vegas, Nevada 89169 |
| | Tel: (702) 921-2460 |
| 5 | Email: kirsten.milton@jacksonlewis.com |
| | Email: daniel.aquino@jacksonlewis.com |
| 6 | |
| | *Attorneys for Defendant* |
| 7 | *Nevada Restaurant Services, Inc. dba Dotty's* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MINERVA NAVARETTE, | |
| Plaintiff, | Case No.: 2:18-cv-00691-RFB-GWF |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a domestic corporation; DOE INDIVIDUALS 1 THROUGH 300; AND roe business or governmental entities 1 through 300, inclusive, | **(First Request)** |
| Defendants. | |

Defendant Nevada Restaurant Services, Inc. dba Dotty's ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Minerva Navarette ("Plaintiff") by and through her counsel, Mullins & Trenchak, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint. Defendant signed a Waiver of the Service of Summons on April 19, 2018, and Defendant's response is due on June 18, 2018. Plaintiff and Defendant have agreed to a brief extension of time for Defendant to file a response to the Complaint to allow defense counsel sufficient time to investigate the allegations of the Complaint.

Defendant shall, therefore, have a fourteen (14) day extension up to and including July 2, 2018, to file or respond to Plaintiff's Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 13th day of June, 2018.

| **JACKSON LEWIS P.C.** | **MULLINS & TRENCHAK** |
|---|---|
| /s/ Kirsten A. Milton | /s/ Philip J. Trenchak |
| Kirsten A. Milton, Bar No. 14401 | Philip J. Trenchak, Bar No. 9924 |
| Daniel I. Aquino, Bar No. 12682 | Victoria Mullins, Bar No. 13546 |
| 3800 Howard Hughes Parkway, Suite 600 | 1212 South Casino Center Blvd. |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Nevada Restaurant Services, Inc.* | *Minerva Navarette* |
| *dba Dotty's* | |

**<u>ORDER</u>**

**IT IS SO ORDERED.**

*/s/ George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

Dated: 6-14-2018