Philip J. Trenchak, Esq
Nevada State Bar No. 009924
Victoria C. Mullins, Esq.
Nevada State Bar No. 13546
**Mullins & Trenchak Law Offices**
1212 S. Casino Ctr. Blvd.
Las Vegas, Nevada 89104
Tel: (702) 476-5101
Email: phil@trenchaklaw.com
Email: victoria.c.mullins@gmail.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MINERVA NAVARETTE,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a domestic corporation; DOE INDIVIDUALS 1 THROUGH 300; AND roe business or governmental entities 1 through 300, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00691-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**(First Request)** |

Defendant Nevada Restaurant Services, Inc. dba Dotty's ("Defendant"), by and through its counsel, Jackson Lewis P.C., and Plaintiff Minerva Navarette ("Plaintiff"), by and through her counsel, Mullins & Trenchak, hereby stipulate and agree to extend the time for Plaintiff to file a response to Defendant's Motion to Dismiss. Defendant filed a Motion to Dismiss on July 02, 2018, and Plaintiff's response is due on July 16, 2018. Plaintiff and Defendant have agreed to a brief extension of time for Plaintiff to file a response to the Motion to Dismiss to allow plaintiff's counsel sufficient time to investigate the issue of the timing of the letter of right to sue before filing a responsive pleading.

Plaintiff shall, therefore, have a fourteen (14) day extension up to and including July 30, 2018, to file its response to Defendant's Motion to Dismiss.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 13th day of July, 2018.

| | |
|---|---|
| **JACKSON LEWIS P.C.** | **MULLINS & TRENCHAK** |
| /s/ Kirsten A. Milton, Esq. | /s/ Philip J. Trenchak, Esq. |
| Kirsten A. Milton, Bar No. 14401 | Philip J. Trenchak, Bar No. 9924 |
| Daniel I. Aquino, Bar No. 12682 | Victoria Mullins, Bar No. 13546 |
| 3800 Howard Hughes Parkway, Suite 600 | 1212 South Casino Center Blvd. |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Nevada Restaurant Services, Inc.* | *Minerva Navarette* |
| *dba Dotty's* | |

**IT IS SO ORDERED.**

Dated this 16th day of July, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court