Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MINERVA NAVARETTE,<br><br>  Plaintiff,<br><br>  vs.<br><br>NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a domestic corporation; CRAIG ESTEY, an individual; PAULA GRAZIANO, an individual; DOE INDIVIDUALS 1 THROUGH 300; AND roe business or governmental entities 1 through 300, inclusive,<br><br>  Defendants. | Case No.: 2:18-cv-00691-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendants Nevada Restaurant Services, Inc. dba Dotty's ("Dotty's"), Craig Estey ("Estey"), and Paula Graziano ("Graziano") (collectively, "Defendants"), by and through their counsel, Jackson Lewis P.C., and Plaintiff Minerva Navarette ("Plaintiff"), by and through her counsel, Mullins & Trenchak, hereby stipulate and agree to extend the time for Defendants to file their Reply in Support of Their Motion to Dismiss Plaintiff's Amended Complaint. Defendants filed their motion on August 20, 2018 (ECF No. 18). Plaintiff filed her response on August 31, 2018 (ECF No. 19). Defendants' reply is due on September 7, 2018.

Since the filing of Plaintiff's response, Defense counsel's family member had a medical emergency, requiring Defense counsel to be out of the office for at least two-and-a-half weeks. As such, Plaintiff and Defendants have agreed to a brief extension of time for Defendants to file their reply.

Defendants shall, therefore, have a 21-day day extension, up to and including September 28, 2018, to file their Reply in Support of Their Motion to Dismiss Plaintiff's Amended Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 6th day of September, 2018.

| **JACKSON LEWIS P.C.** | **MULLINS & TRENCHAK** |
|---|---|
| /s/ Kirsten A. Milton | /s/ Philip J. Trenchak |
| Kirsten A. Milton, Bar No. 14401 | Philip J. Trenchak, Bar No. 9924 |
| Daniel I. Aquino, Bar No. 12682 | Victoria Mullins, Bar No. 13546 |
| 3800 Howard Hughes Parkway, Suite 600 | 1212 South Casino Center Blvd. |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Nevada Restaurant Services, Inc.* | *Minerva Navarette* |
| *dba Dotty's* | |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court
Dated: September 9, 2018.