Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MINERVA NAVARETTE,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a domestic corporation; CRAIG ESTEY, an individual; PAULA GRAZIANO, an individual; DOE INDIVIDUALS 1 THROUGH 300; AND roe business or governmental entities 1 through 300, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-00691-RFB-GWF<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(First Request)** |

Defendants Nevada Restaurant Services, Inc. dba Dotty's ("Dotty's"), Craig Estey ("Estey"), and Paula Graziano ("Graziano") (collectively, "Defendants"), by and through their counsel, Jackson Lewis P.C., and Plaintiff Minerva Navarette ("Plaintiff"), by and through her counsel, Mullins & Trenchak, hereby stipulate and agree to reschedule the Early Neutral Evaluation conference ("ENE") currently scheduled for September 21, 2018.

Unfortunately, Defense counsel's family member had a medical emergency requiring him to be out of the office unexpectedly for at least two-and-a-half weeks. Counsel for the parties have conferred and, if the Court is available, are available for a rescheduled ENE on October 16, December 3, or December 7, 2018. Confidential written statements shall be submitted to chambers no later than seven (7) days before the selected date.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the first request to continue the ENE.

Dated this 11th day of September, 2018.

| **JACKSON LEWIS P.C.** | **MULLINS & TRENCHAK** |
|---|---|
| /s/ Kirsten A. Milton | /s/ Philip J. Trenchak |
| Kirsten A. Milton, Bar No. 14401 | Philip J. Trenchak, Bar No. 9924 |
| Daniel I. Aquino, Bar No. 12682 | Victoria Mullins, Bar No. 13546 |
| 3800 Howard Hughes Parkway, Suite 600 | 1212 South Casino Center Blvd. |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Nevada Restaurant Services, Inc.* | *Minerva Navarette* |
| *dba Dotty's* | |

IT IS SO ORDERED. The early neutral evaluation conference currently set for September 21, 2018, is CONTINUED to October 16, 2018. Plaintiff must report to Judge Hoffman's chambers at 8:30 a.m. Defendant must report to Judge Hoffman's chambers at 9:00 a.m. Confidential written statements must be delivered to Judge Hoffman's chambers by 4:00 p.m. on October 9, 2018.

UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2018

JACKSON LEWIS P.C.
LAS VEGAS