Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MINERVA NAVARETTE,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a domestic corporation; CRAIG ESTEY, an individual; PAULA GRAZIANO, an individual; DOE INDIVIDUALS 1 THROUGH 300; AND roe business or governmental entities 1 through 300, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00691-RFB-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendants Nevada Restaurant Services, Inc. dba Dotty's ("Dotty's"), Craig Estey ("Estey"), and Paula Graziano ("Graziano") (collectively, "Defendants"), by and through their counsel, Jackson Lewis P.C., and Plaintiff Minerva Navarette ("Plaintiff"), by and through her counsel, Mullins & Trenchak, hereby stipulate and agree continue the hearing on Defendants' Motion to Dismiss, currently set for February 19, 2019.

Plaintiff's counsel was unexpectedly admitted to the hospital earlier this week. Plaintiff's counsel may be facing surgery and does not know when he will be released from the hospital. Counsel for the parties have conferred and agreed to continue the hearing, with the Court's permission, for 30 days to a date on which the Court is available.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the first request to continue the hearing on Defendants' Motion to Dismiss.

Dated this 13th day of February, 2019.

| **JACKSON LEWIS P.C.** | **MULLINS & TRENCHAK** |
|---|---|
| /s/ Kirsten A. Milton | /s/ Philip J. Trenchak |
| Kirsten A. Milton, Bar No. 14401 | Philip J. Trenchak, Bar No. 9924 |
| Daniel I. Aquino, Bar No. 12682 | Victoria Mullins, Bar No. 13546 |
| 3800 Howard Hughes Parkway, Suite 600 | 1212 South Casino Center Blvd. |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Nevada Restaurant Services, Inc.* | *Minerva Navarette* |
| *dba Dotty's* | |

## **ORDER**

IT IS ORDERED that the hearing regarding [18] MOTION to Dismiss re: *[15] Amended Complaint* set for February 19, 2019 at 4:00 PM is vacated and RESET to March 21, 2019 at 4:00 PM in LV Courtroom 7C before Judge Richard F. Boulware, II.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: February 14, 2019.

JACKSON LEWIS P.C.
LAS VEGAS