Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Tel: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MINERVA NAVARETTE,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a domestic corporation; DOE INDIVIDUALS 1 THROUGH 300; AND roe business or governmental entities 1 through 300, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00691-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

///

///

///

attorneys' fees and costs.

Dated this __3__ day of September, 2019.

| JACKSON LEWIS P.C. | MULLINS & TRENCHAK |
|---|---|
| _____ | _____ |
| Kirsten A. Milton, Bar No. 14401 | Philip J. Trenchak, Bar No. 9924 |
| Daniel I. Aquino, Bar No. 12682 | Victoria Mullins, Bar No. 13546 |
| 300 S. Fourth Street, Suite 900 | 1614 S. Maryland Pkwy. |
| Las Vegas, NV 89101 | Las Vegas, NV 89104 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Nevada Restaurant Services, Inc.* | *Minerva Navarette* |
| *dba Dotty's* | |

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of September, 2019.